The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 16, 2011, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 16, 2011



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-21983 |
| | ) | |
| LISA RADFORD, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

MEMORANDUM OF OPINION[1]

Before this Court is the application of the debtor's counsel, Walter V. Landow, for allowance of attorney's fees for services rendered as counsel to the debtor for the period of August 25, 2008, through September 22, 2010, and the debtor's objection. For the reasons that follow, the Court approves the application for allowance of attorney's fees in the amount of $719.25. Attorney Landow is ordered to remit $400.00 directly to the debtor.

---

[1] This opinion is not intended for official publication.